Receipt # 6867
$3.11
1/20/2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

IN RE:                                          BK NO. 08-20244

JOSLIN E SHIPMAN
    Debtor(s)
-----------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    The Women's Center
     Attn: Billing Dept.
    1415 Portland Avenue #490
    Rochester NY 14621

2. Your Trustee's check for $3.11, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: January 19, 2010
     Rochester, NY                    /s/_____
                                                               GEORGE M. REIBER, TRUSTEE



RECEIVED JAN 20 2010 BANKRUPTCY COURT ROCHESTER, NY